AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG - 9 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| AMANDA SUE LAMBERT | ) Case No. 11-3326JKS |
| 431 Pennsylvania Avenue, Cumberland, Maryland | ) |
| DOB: 07/XX/1987 | ) |
| SSN: XXX-XX-2418 | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2011__ in the county of __Garrett__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 752(a) | Instigating or assisting escape |

This criminal complaint is based on these facts:
See Attached Complaint Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

D.U.S.M.  David D. Ablondi
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   08/01/2011

_____
*Judge's signature*

City and state:   Baltimore, Maryland

Honorable Jillyn K. Schulze, U.S. Magistrate Judge
*Printed name and title*