# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 11-3326-JSK |
| ) | |
| AMANDA LAMBERT ) | |
| ) | |

..oo0oo..

## ORDER FOR DISMISSAL

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the Complaint pending against the defendant in the above captioned case.

      Rod J. Rosenstein
      United States Attorney

      /s/
      _____
      Andrea L. Smith
      Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                               _____
Date
                                              United States Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**: The defendant is not in custody.